■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE BOLDEN, Appellant. [677 NYS2d 920] —Judgment, Supreme Court, New York County (Howard Bell, J.), rendered October 26, 1995, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of 2 to 6 years, unanimously affirmed.

The court considered and properly denied youthful offender treatment on the basis of the violent nature of the crime. The record fails to support defendant's claim that the denial of youthful offender treatment was influenced by misinformation concerning defendant's prior record. Concur—Lerner, P. J., Milonas, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNY SMITH, Also Known as RICKY JOHNSON, Appellant. [677 NYS2d 473] —Judgment, Supreme Court, New York County (Nicholas Figueroa, J.), rendered July 2, 1996, convicting defendant, upon his plea of guilty, of attempted robbery in the first and second degrees, and sentencing him, as a second felony offender, to consecutive terms of 5 to 10 years and 3 to 6 years, respectively, unanimously affirmed.

We find no significant mitigating factors authorizing concurrent sentences pursuant to Penal Law § 70.25 (2-b) (*see, People v Garcia*, 84 NY2d 336). In any event, we perceive no abuse of sentencing discretion. Concur—Lerner, P. J., Milonas, Wallach and Rubin, JJ.